**ALBERT RUSSO, STANDING CHAPTER 13 TRUSTEE**
CN 4853
Trenton, N.J. 08650-4853
(609) 587-6888
By: Albert Russo  (AR-2924)

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | TRENTON VICINAGE |
| **Amy Rodriguez** | | DISTRICT OF NEW JERSEY |
| **Ray P Rodriguez** | : | |
| | | CHAPTER 13 CASE NO:   09-32452   RTL |
| | : | |
| Debtor(s) | | OBJECTION TO DEBTOR'S CHAPTER 13 PLAN |
| | | Confirmation Date: 11/17/09 @ 9:30 a.m |
| | | Honorable Raymond T. Lyons, Jr. |

## OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

The Chapter 13 Standing Trustee, Albert Russo, objects to the Debtor's plan for the following reason(s):

1. The debtor has failed to supply Trustee with the following documents.
   - Proof of 6 month's income/Social Security

2. The debtor is not paying all disposable income into the plan.

3. The debtor may require a tier plan when pension loan is paid off.

　　　　　　　　　　　　　　　　　　　　　　_____/s/__*Albert Russo*_____
　　　　　　　　　　　　　　　　　　　　　　Albert Russo, Standing Trustee